1

2

3                                                                    "O"

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,          )    Case No. SA 09-289M
                                         )
12               Plaintiff,              )    ORDER OF DETENTION
                                         )
13          v.                           )    [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                         )    §3143(a)]
14    Arleen Daday Garcia,               )
                                         )
15               Defendant.              )
      ─────────────────────────────────

16

17          The defendant having been arrested in this judicial district pursuant to a warrant

18    issued by the Honorable M. James Lorenz, United States District Judge, of the United States

19    District Court for the Southern District of California, for an alleged violation of the terms

20    and conditions of the defendant's supervised release; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

22    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),      The Court finds that:

23    A.    (X)    The defendant has not met her burden of establishing by clear and convincing

24                 evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or

25                 (c). This finding is based on the nature of the charged offense, the defendant's

26                 lack of bail resources, lack of a stable residence, and the nature of the charge

27                 offense, which indicates the defendant is unlikely to comply with conditions

28                 of release; and

1  B.     (X)    The defendant has not met her burden of establishing by clear and convincing

2                evidence that she is not likely to pose a danger to the safety of any other

3                person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

4                finding is based on the nature of the charged offenses and her criminal history.

5

6          IT THEREFORE IS ORDERED that the defendant be detained pending the further

7  revocation proceedings in the charging district.

8

9

10 Dated: June 25, 2009

11                                          /s/     Arthur Nakazato
                                            ARTHUR NAKAZATO
12                                   UNITES STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28